## EL PUEBLO v. RIVERA.

APELACIÓN procedente de la Corte de Distrito de San Juan·

No. 23.—Resuelto en Junio 24, 1904.

APELACIÓN—PLIEGO DE EXCEPCIONES—ERROR MANIFIESTO EN AUTOS.—No habiendo pliego de excepciones, y no apareciendo error alguno en los autos que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos esán expresados en la opnión.

Abogado del apelado: *Sr. del Toro, Fiscal.*

La parte apelante no compareció.

El Juez Asociado Sr. MacLeary, emitió la siguiente opinión del Tribunal.

El apelante fué convicto en la Corte de Distrito de San Juan, de la ofensa de agresión cometida en la persona de Telésforo Delgado, con un machete, pero sin causar herida alguna, habiéndose reparado el golpe por el agredido. Tuvo un juico justo é inparcial en la Corte de Distrito, después de haberse examinado todos los testigos, y fué pronunciado culpable por dicha Corte, sentenciado á seis meses de cárcel, y condenado al pago de las costas.

No se formuló pliego de excepciones durante el juicio, y esta causa aparece en la Suprema Corte sin abogado defensor del acusado. La acusación está representada por el Fiscal de esta Corte, quien hace referencia á los artículos 232, 234 y 235 del Código Penal, y 286 y 345 *et seq.* del Código de Enjuiciamiento Criminal.

No existe fundamento ninguno en que basarse el recurso, y después de un exámen cuidadoso de todos los autos, no se encuentra ningún error en los procedimientos de la Corte inferior. Es claro que este recurso se interpuso con el solo objeto de demora, y debería imponerse alguna pena por el estatuto con el fin de disuadir esta clase de procedimiento.

La sentencia de la Corte de Distrito se confirmará con las costas.

*Confirmada.*

Jueces concurrentes, Sres. Presidente, Quiñones y Asociados, Hernández y Figueras.

El Juez Asociado Sr. Sulzbacher no formó Tribunal en la vista de este caso.